IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIYAH LACY, individual, and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:21-cv-06783 |
| CITY OF CHICAGO, a municipal corporation, and URT UNITED ROAD TOWING, INC. d/b/a United Road Towing, Inc., a Delaware corporation, | Hon. Andrea R. Wood |
| Defendants. | |

**DEFENDANTS CITY OF CHICAGO'S AND URT UNITED ROAD TOWING, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant City of Chicago ("City"), and Defendant URT United Road Towing, Inc. ("URT"), by and through their attorneys, respectfully request a four-week extension of time, up to and including March 27, 2023, to file their motions to dismiss Plaintiff's Amended Complaint. In support of their motion, defendants state as follows:

1. Plaintiff filed her Amended Complaint on January 18, 2023. (Dkt. 35.)

2. Defendant City and URT's responsive pleadings are currently due on February 27, 2023.

3. The Court has ordered that the parties send a joint email to chambers with a proposed briefing schedule on the City's anticipated motion to dismiss by March 3, 2023. (Dkt. 33.)

4. The City respectfully submits that it will require additional time to prepare its legal arguments in support a motion to dismiss Plaintiff's Amended Complaint and that the parties would then necessarily require a later date to submit a proposed briefing schedule on the

anticipated motion to dismiss. The City requests this first extension of time in good faith and not for purposes of delay.

5. The reason for the request is that Plaintiff's ten-count complaint advances numerous causes of action beyond the related *Walker* case, including claims for violation of due process and various claims of violation of state and municipal law. While counsel for the City has been working diligently in preparing its motion to dismiss, in addition, counsel has had to devote substantial time to work on an opposition to a motion for class certification that it filed on Wednesday, among other matters.

6. On February 23, 2023, the City contacted Plaintiff's counsel regarding the requested extension. Plaintiff's counsel replied that it does not oppose the City's motion.

7. Defendant URT is also seeking an equivalent extension of time so that its motion to dismiss is due the same date as the City's motion to dismiss whereby both defendants' motions will have the same briefing schedule dates.

WHEREFORE, for the foregoing reasons, the City and URT United Road Towing, Inc. respectfully request that the Court grant them an extension of time, up to and including March 27, 2023, to file their motions to dismiss and that the Court set a new deadline after such date by which the parties may email a proposed briefing schedule on the anticipated motion to chambers.

Date:   February 24, 2023                                                  Respectfully submitted,

Jennifer Zlotow
John V. Casey                                                              By:     /s/ Jennifer Zlotow
City of Chicago, Department of Law                                                 Senior Corporation Counsel
Constitutional and Commercial Litig. Div.
2 North LaSalle Street, Suite 520
Chicago, Illinois 60602
(312) 744-4985/ 742-0307
*Attorneys for Defendant City of Chicago*

                                                                                  Respectfully submitted,

                                                                                  URT UNITED ROAD TOWING, INC.

                                                                                  By:     /s/ Bernard F. Crotty
                                                                                  Attorney for URT United Road Towing, Inc.

Bernard F. Crotty
Law Office of Bernard F. Crotty, P.C.
20015 S. LaGrange Rd., #1102
Frankfort, Illinois 60423
bc@crottylawoffice.com
(708) 390-2803
*Attorney for Defendant URT United Road Towing, Inc.*