# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

| | |
|---|---|
| MIYAH LACY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, a municipal corporation, and URT UNITED ROAD TOWING, INC. d/b/a United Road Towing, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 1:21-cv-06783<br><br>Hon. Andrea R. Wood |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Miyah Lacy ("Plaintiff") and Defendants City of Chicago and URT United Road Towing, Inc. (collectively, "Defendants"), by their respective counsel, stipulate and agree that the above-captioned action is voluntarily dismissed against both Defendants with prejudice as to Plaintiff's claims, and without prejudice as to the claims of the putative class.

Dated: November 1, 2024

Respectfully submitted:

/s/ Nickolas J. Hagman
Bryan L. Clobes
bclobes@caffertyclobes.com
Nyran Rose Rasche
nrasche@caffertyclobes.com
Nickolas J. Hagman
nhagman@caffertyclobes.com
Mohammed A. Rathur
mrathur@caffertyclobes.com
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle St., Suite 3210

By: /s/ Jennifer Zlotow
Andrew Worseck
andrew.worseck@cityofchicago.org
Jennifer Zlotow
jennifer.zlotow@cityofchicago.org
John V. Casey
john.casey@cityofchicago.org
City of Chicago Department of Law
2 N. LaSalle Street, Suite 520
Chicago, Illinois 60602

*Attorneys for Defendant City of Chicago*

| | |
|---|---|
| Chicago, Illinois 60603<br>Telephone: 312-782-4880<br>Facsimile: 318-782-4485<br><br>***Attorneys for Plaintiff*** | By: */s/ Ross W. Bartolotta*<br>　Ross W. Bartolotta<br>　rbartolo@smbtrials.com<br>　Swanson Martin & Bell, LLP<br>　330 N. Wabash, Suite 3300<br>　Chicago, Illinois 60611<br><br>　***Attorney for URT United Road Towing, Inc.*** |

**CERTIFICATE OF SERVICE**

      I, Nickolas J. Hagman, an attorney, hereby certify that on November 1, 2024, service of the foregoing ***Stipulation Of Dismissal Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii)*** was accomplished pursuant to ECF as to Filing Users.


                                                */s/ Nickolas J. Hagman*  
                                                Nickolas J. Hagman